IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: JANE F. & ERNEST W. STROUD JR    )
                                        )
SAXON MORTGAGE SERVICES,                )
              Creditor,                 )
                                        )
    vs.                                 ) CASE NO. 05B10479
                                        ) JUDGE BRUCE W. BLACK
JANE F. & ERNEST W. STROUD JR,          )
                          Debtor        )
                                        )
```

## **RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Saxon Mortgage Services, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the October 5, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of August 14, 2007.

   a. Attorney's Fees              $250.00

   b. Property Inspections         $111.30

   c. Bankruptcy fees              $250.00

   d. Late Charges                  $44.59

   Total                          $655.89

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty

days of this notice, Saxon Mortgage Services rights to collect these

amounts will remain unaffected.

Respectfully Submitted,
Saxon Mortgage Services


/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088